IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JACQUESE FOSTER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. _____ |
| v. | ) | |
| | ) | *Filed Electronically* |
| CONCORDIA OF MONROEVILLE, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF REMOVAL

Defendant Concordia of Monroeville ("Concordia"), by and through its attorneys, Ogletree, Deakins, Nash, Smoak & Stewart, P.C., and pursuant to 28 U.S.C. §§ 1441 and 1446, hereby removes this civil action from the Court of Common Pleas of Allegheny County, Pennsylvania to the United States District Court for the Western District of Pennsylvania. As grounds for removal, Concordia states as follows:

1.      On August 12, 2024, Concordia received a Complaint titled *Jacquese Foster v. Concordia of Monroeville*, venued in the Court of Common Pleas of Allegheny County, Pennsylvania at Case No. GD-24-007849. A copy of the docket sheet and all filings of record are attached hereto as Exhibit A as required by 28 U.S.C. § 1446(a). The Complaint was filed with the Court of Common Pleas of Allegheny County on July 18, 2024, as reflected on the docket sheet.

2.      No further substantive proceedings have taken place in this action since the receipt of the Complaint by Concordia.

3.      Plaintiff's pro se Complaint attempts to allege federal claims for discrimination and retaliation pursuant to Title VII of the Civil Rights Act of 1964.

4. Generally, courts are directed to "liberally construe pro se filings." *Jones v. Sec'y Pa. Dep't of Corr.*, 589 F. App'x 591, 593 (3d Cir. 2014). As such, "[c]ourts are more forgiving of pro se litigants for filing relatively unorganized or somewhat lengthy complaints." *Garrett v. Wexford Health*, 938 F.3d 69, 92 (3d Cir. 2019).

5. Plaintiff's pro se Complaint states that she "filed with the EEOC for Retaliation [sic] and discrimination." *Compl.*, ¶ 5. Indeed, on or about November 1, 2023, Plaintiff filed a Charge of Discrimination with the Equal Employment Opportunity Commission at EEOC Charge No. 533-2023-02262 against Concordia. A copy of the Charge of Discrimination as well as a Notice of Right to Sue issued to Plaintiff by the Equal Employment Opportunity Commissions are attached as Exhibit B.

6. By asserting claims under federal law – namely Title VII of the Civil Rights Act of 1964 – Plaintiff's Complaint asserts a federal question under 28 U.S.C. § 1331. Accordingly, this case is properly removable under 28 U.S.C. § 1441(a) because the United States District Court has original jurisdiction over "all civil actions arising under the Constitution, laws, or treaties of the United States." 28 U.S.C. § 1331.

7. Concordia has satisfied all of the procedural requirements for removal. The Court of Common Pleas of Allegheny County, Pennsylvania, is located within the jurisdiction of the United States District Court for the Western District of Pennsylvania. *See* 28 U.S.C. § 118(c). Therefore, venue is proper in this Court pursuant to 28 U.S.C. § 1441(a) because it is the "district and division embracing the place where such action is pending."

8. This Notice of Removal is timely because it is being filed within 30 days after Concordia's receipt of the initial pleading setting forth the claims for relief upon which this action

is based, as required by 28 U.S.C. § 1446(b).  Further, this Notice of Removal is timely pursuant to 28 U.S.C. § 1446(c) because it is filed within one year of the commencement of this action.

9.      Pursuant to 28 U.S.C. § 1446(d), on the same date as this Notice of Removal was filed, a copy of this Notice of Removal, along with a Notice of Filing of Removal, is being served upon Plaintiff at the address set forth in the Complaint: Jacquese Foster, 6 Pennoak Manor Drive, Pittsburgh, PA 15235.  In addition, Concordia promptly notified the Court of Common Pleas of Allegheny County, Pennsylvania of this Notice of Removal on the same date.  A copy of the written notice addressed to the Plaintiff and the Court of Common Pleas of Allegheny County, Pennsylvania is attached hereto as Exhibit C.

10.     By filing this Notice of Removal, Concordia does not intend to waive any defenses that may be available to it.

WHEREFORE, Defendant Concordia of Monroeville respectfully requests that the above-captioned action now pending against it in the Court of Common Pleas of Allegheny County, Pennsylvania be removed therefrom to this Court.

Respectfully submitted,

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

### /s/Philip K. Kontul
Philip K. Kontul
PA I.D. No. 94156
philip.kontul@ogletree.com

One PPG Place
Suite 1900
Pittsburgh, PA 15222
Telephone: (412) 394-3333

Attorneys for Defendant Concordia of Monroeville

Dated: September 3, 2024

-3-

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing NOTICE OF REMOVAL was filed electronically on September 3, 2024.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.  A true and correct copy of this Notice of Removal was also served via e-mail and U.S. First Class Mail, postage prepaid, upon the following:

Jacquese Foster
6 Pennoak Manor Drive
Pittsburgh, PA 15235
jacquese_foster@icloud.com

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

*/s/Philip K. Kontul*
Counsel for Defendant Concordia of Monroeville

63988694.v1-OGLETREE